GRAHAM LAW FIRM
Monica Graham, Esq.  SBN 332241
3857 Birch St PMB 3097
Newport Beach, CA 92660
Tel 949-284-6870 951-316-3298
monica@grahamlawfirm-ca.com

Attorney for Plaintiff
Vachagan Stephen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACHAGAN STEPHEN,<br><br>          Plaintiff,<br><br>vs.<br><br>RITE AID HDQTRS. CORP. and Does 1-10, inclusive,<br>          Defendants.<br>_____ | ) CASE NO. 2:20-cv-05601-MWF<br>)<br>) **DECLARATION OF VACHAGAN**<br>) **STEPHEN IN SUPPORT OF**<br>) **PLAINTIFF'S MOTION FOR**<br>) **SUMMARY JUDGMENT OR,**<br>) **ALTERNATIVELY, PARTIAL**<br>) **SUMMARY JUDGMENT**<br>)<br>) Date:        September 27, 2021<br>))Time:       10:00 a.m.<br>) Location:    Courtroom 5A, 5th Floor<br>) Judge:       Hon. Michael W. Fitzgerald<br>) |

## <u>DECLARATION OF VACHAGAN STEPHEN</u>

I, Vachagan Stephen, hereby declare and state as follows:

　　1.  I submit this declaration based on my personal knowledge in support of my

motion for summary judgment in the above-captioned case, and I am competent to

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

testify to the matters stated herein.

2.  I am the plaintiff in this action.

3.  I began receiving annoying robocalls from Rite Aid on my cellular telephone number 818-641-8880 around 2018. This is not Patient Maria's telephone number and I do not know her.  (Exhibit 1, Resp to Def. Req. for Interrogatories, Nos. 1-6).

4.  Every call placed to my cell phone ending in 8880 was placed using a prerecorded message or artificial voice, which were produced in discovery to Defendant. [Plaintiff's Bates Numbers voicemail212-voicemail361].  For example, a transcript of a message left on June 27, 2019 states in pertinent part: "At 12739 Van Nuys Blvd. calling to remind one or more members of this household that your order is ready you can pick up your order until July 6 thank you for choosing Rite Aid and have a nice day if you no longer want to be notified about your prescriptions please contact your Rite Aid [sic] pharmacist at the store…." (Exhibit 2, Complaint, Page 7).

5.  On July 17, 2019, I went to the Rite Aid store in Pacoima, which is the Rite Aid located at 12739 Van Nuys Blvd. and I spoke to the pharmacy manager, Hayk Harutyunyan ("Hayk").  I expressly told him that I did not want to receive phone calls from Rite Aid, and that Rite Aid did not have the correct telephone number for "Patient Maria." (This was corroborated in the deposition of Hayk Harutyunyan, in that he admitted that it was possible that I went to the branch and

- 2 -
**DECLARATION OF VACHAGAN STEPHEN**

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

revoked consent.  However, just before filing this motion, Rite Aid reluctantly provided proof of our conversation, in the incident report dated 7/17/19.  Further, Hayk "submitted a ticket" after I approached him recently to confirm my revocation back in 2019. He remembered me right away, and even asked me if Rite Aid stopped calling me.  In his deposition, however, he seemed to "forget" who I was, but the incident report recently obtained from Rite Aid makes clear. Hayk did remember me, and he admits in the incident report that I complained to Rite Aid before.  Hayk had first-hand knowledge of that and that's why he said it. In the deposition, he remembered very much of what was in the letter I gave him, and he never stated in the incident report that my claims were not true, or that he had never seen me before). *See* Incident Reports attached hereto as Exhibit 3.

6.  I stood there in the branch, on 7/17/19, when Hayk tried to figure out how to stop the phone calls.  I watched him telephone what he told me was the corporate office, and I heard him relay the information, that I did not want to receive calls anymore and that this was not Patient Maria's phone number. I told him to remove my number from the Rite Aid system.

7.  The calls continued until I threatened to file this lawsuit, and Rite Aid's attorney made the calls stop by December 31, 2019.

8.  On 6/29/21, I approached Hayk at the Glendale branch. Hayk recognized me right away, and he asked me if Rite Aid stopped calling me. I asked him to

- 3 -

**DECLARATION OF VACHAGAN STEPHEN**

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

confirm in writing that I revoked consent back in 2019 (as he was the pharmacy manager who assisted me that day). I asked him to sign the letter and he told me that he had to ask his manager if it was alright for him to do so. He never disputed any of my contentions or allegations, and he never denied that I had met him in 2019 as I've stated. The letter I asked him to sign was a truthful statement, and it's been corroborated by Rite Aid's 7/17/19 incident report and the fact that Hayk said it was possible that I revoked my consent with him in 2019. The 7/17/19 incident report corroborates that I communicated with Rite Aid on that day which means Rite Aid acquired *actual knowledge* of my revocation and that Patient Maria did not have access to my cell phone. Exhibit 4. Letter to Hayk. VS-001.

9. Rite Aid is negligent in that it lacks proper systems in place to track consumer complaints and any proper system to resolve complaints like mine. Hayk was asked in the deposition if Rite Aid corporate had ever reached out to him regarding this case and he answered no. (Hayk Deposition, p. 24:17-20. Rite Aid does not maintain any records of consumer complaints at its branches. (Jacobson Deposition, p. 12:14-25; p.13:1-3). Rite Aid's defense is that it's placing calls for emergency purposes, but it should be an emergency to want to obtain a patient's correct telephone number, especially if claiming to place the call for 'emergency purposes.' Rite Aid was informed that its patient did not have telephone number 818-641-8880 and Rite Aid turned a blind eye and allowed its patient to go without notifications of her prescriptions until at least December 31,

- 4 -

**DECLARATION OF VACHAGAN STEPHEN**

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

2019.  There is no emergency if you aren't calling the correct patient, and Rite Aid did not have an emergency purpose to harass me with unwanted calls.

10. I experienced Defendant's unwanted phone calls at an excessive and harassing rate which directly interfered with my right to peacefully enjoy my telephone service and my peaceful tranquility.  Defendant's conduct caused me a significant amount of anxiety, frustration and annoyance.  It was very stressful and distracting to constantly receive unwanted calls for someone I do not know, after having complied with the law and having done what I was required to do to stop the calls.

11. Based on Rite Aid's phone records and my voicemails, Rite Aid called me 81 times after I revoked consent on 7/17/19 using a prerecorded message or artificial voice.  I am therefore entitled to damages of $1500 x 81, which is $121,500.00. According to Rite Aid, RITEAID000003 is the call log from the corporate office, and -4 is the call log from the store.  There are 63 calls from the corporate office to my 8880 number after 7/17/19 and there are 18 calls from the store.  *See* Exhibit 5, RITEAID000003-4, and Rite Aid's Supplemental Responses to Plaintiff's Requests for Interrogatories, Set One, Exhibit 6.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

Executed this 26th day of August, 2021.

*Vachagau Stephen*

_____

Vachagan Stephen

- 5 -

**DECLARATION OF VACHAGAN STEPHEN**

Exhibit 1

Plaintiff's Response to Defendant's
Interrogatories Set One

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

1    GRAHAM LAW FIRM, LLP
     Monica Graham SBN 332241
2    3857 Birch St PMB 3097
     Newport Beach, CA 92660
3    Telephone: 949.284.6870
     Email: monica@grahamlawfirm-ca.com
4
     Attorney for Plaintiff
5    Vachagan Stephen

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   VACHAGAN STEPHEN,              Case No. 2:20-cv-05601-MWF

11                 Plaintiff,       **PLAINTIFF'S RESPONSES TO
                                    DEFENDANT'S
12   vs.                           INTERROGATORIES TO
                                    PLAINTIFF (SET ONE)**
13   RITE AID HDQTRS. CORP. and
14   Does 1-10, inclusive,

15   Defendants.

16

17

18   PROPOUNDING PARTY:      RITE AID HDQTRS. CORP.

19   RESPONDING PARTY:       VACHAGAN STEPHEN

20   SET NO:                 One

21        Plaintiff VACHAGAN STEPHEN hereby responds to Defendant RITE AID

22   HDQTRS.CORP.'s First Set of Requests for Interrogatories (the "RFI") as follows:

23                      **PRELIMINARY STATEMENT**

24        These responses are based on discovery available as of the date hereof.

25   Discovery is continuing, and these responses are accordingly subject to revision.

26   Further discovery, independent investigation, and analysis may supply additional

27   facts and add meaning to known facts, as well as establish entirely new factual

28

GRAHAM LAW
FIRM, LLP

---

PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

conclusions and legal contentions, all of which may lead to additions, changes to, or variations from the information set forth herein.

These responses are given without prejudice to Plaintiff's right to produce or rely on subsequently discovered information, facts, or documents. Plaintiff accordingly reserves the right to change the response herein as additional facts are ascertained, analysis is made, legal research is completed, and contentions are made. The responses contained herein are made in a good faith effort to comply with the provisions of the Federal Rules of Civil Procedure but are in no way deemed to prejudice Plaintiff with respect to further discovery, research, and analysis.

## RESPONSES

### INTERROGATORY NO. 1

State all facts RELATING TO any contention that RITE AID called YOU after YOU told it to stop calling YOUR CELL PHONE.

### RESPONSE TO REQUEST NO. 1

Plaintiff objects on the grounds that a request seeking "all facts" is facially burdensome. Without waiving said objection, after Plaintiff expressly told RITE AID to stop calling his cell phone in 2019, RITE AID continued to call Plaintiff's cell phone.

### INTERROGATORY NO. 2

State the date on which YOU first obtained YOUR CELL PHONE.

### RESPONSE TO NO. 2

Plaintiff first obtained his cell phone number around 2010.

### INTERROGATORY NO. 3

State all facts RELATING TO YOUR relationship with RITE AID (including but not limited to whether and when YOU were a RITE AID patient,

- 2 -

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

YOUR use of RITE AID's pharmacy and wellness+ or PLENTI rewards program, and whether, when and how YOU have been a customer of RITE AID pharmacy or store generally since June 24, 2016).

**RESPONSE TO NO. 3**

      Plaintiff has no relationship with RITE AID other than having possibly made several retail purchases over the past decade.  Plaintiff has no recollection of any doctor-patient relationship and will supplement this response if provided evidence to the contrary.

**INTERROGATORY NO. 4**

      State all facts RELATING TO YOUR relationship with any RITE AID patient by the name of "Maria."

**RESPONSE TO NO. 4**

      Plaintiff has no relationship with any RITE AID patient by the name of "Maria."

**INTERROGATORY NO. 5**

      IDENTIFY all parties who used YOUR CELL PHONE number since June 24, 2016 to the present.

**RESPONSE TO NO. 5**

      No other party has used Plaintiff's cell phone number since June 24, 2016.

**INTERROGATORY NO. 6**

      Identify each call by date and time YOU contend YOU received from RITE AID in alleged violation of the Telephone Consumer Protection Act.

- 3 -

PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES TO PLAINTIFF (SET ONE)

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

**RESPONSE TO NO. 6**

Plaintiff has received over one hundred calls that should be documented by RITE AID upon receipt of its discovery responses.  Plaintiff will supplement this response after RITE AID provides its phone records as requested.

**INTERROGATORY NO. 7**

State all facts RELATING TO YOUR contention that RITE AID called YOUR CELL PHONE using an automatic telephone dialing system.

**RESPONSE TO NO. 7**

Plaintiff's complaint alleges that RITE AID called Plaintiff's cell phone using an automatic telephone dialing system or a prerecorded voice. RITE AID has superior knowledge of its telephone dialing system.

**INTERROGATORY NO. 8**

State all facts RELATING TO YOUR contention that RITE AID called YOUR CELL PHONE using an artificial and/or prerecorded voice.

**RESPONSE TO NO. 8**

RITE AID placed over one hundred calls to Plaintiff's cell phone using a prerecorded voice based on the fact when Plaintiff answered the calls, he heard a prerecorded voice speaking.

**INTERROGATORY NO. 9**

State the total number of calls YOU received on YOUR CELL PHONE from RITE AID that YOU claim were made using an automatic telephone dialing system.

///

///

- 4 -

PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES TO PLAINTIFF (SET ONE)

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

**RESPONSE TO NO. 9**

Plaintiff has received in excess of one hundred telephone calls which RITE AID must produce in discovery. Plaintiff will supplement this response upon receipt of the phone records requested from RITE AID.

**INTERROGATORY NO. 10**

State the date(s) on which YOU contend YOU told RITE AID to stop calling YOUR CELL PHONE number.

**RESPONSE TO NO. 10**

Plaintiff contends he told RITE AID to stop calling in January, 2019 and again in July, 2019.

**INTERROGATORY NO. 11**

State the total amount YOU contend YOU were charged for each call that YOU received from RITE AID.

**RESPONSE TO NO. 11**

Plaintiff was not charged for each individual call based on his plan.

**INTERROGATORY NO. 12**

State the total amount of any actual monetary damage or loss YOU incurred as a result of the telephone calls/texts YOU alleged in YOUR complaint.

**RESPONSE TO NO. 12**

Plaintiff has not incurred actual monetary damage as a result of the telephone calls/texts.

**INTERROGATORY NO. 13:**

State all facts RELATING TO whether YOU ever provided YOUR phone number to RITE AID, including but not limited to the CELL PHONE number at issue.

- 5 -

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

**RESPONSE TO NO. 13**

Plaintiff has no recollection of having ever provided his cell phone number or any other number to RITE AID.  Plaintiff will supplement this response upon receipt of evidence to the contrary.

**INTERROGATORY NO. 14:**

IDENTIFY all parties, excluding YOUR counsel, whom YOU had COMMUNICATIONS with regarding the calls YOU received from RITE AID from June 24, 2016 to the present.

**RESPONSE TO REQUEST NO. 14**

Susie Stephen, 1616 Glenmont Dr., Glendale, CA 91207.

**INTERROGATORY NO. 15:**

State all facts RELATING TO any communications YOU had with third parties, excluding your counsel, RELATING TO YOUR claims against RITE AID from June 24, 2016 to the present.

**RESPONSE TO NO. 15**

Plaintiff communicated with Susie Stephen and the worldwide web.

**INTERROGATORY NO. 16:**

State all facts RELATING TO whether YOU have ever been convicted of a crime, which was punishable by imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment.

///

///

- 6 -

PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES TO PLAINTIFF (SET ONE)

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

**RESPONSE TO NO. 16**

Plaintiff has never been convicted of a crime, which was punishable by imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment.

**INTERROGATORY NO. 17:**

State all facts RELATING TO whether any third parties have ever brought fraud allegations against YOU in any proceedings.

**INTERROGATORY NO. 17:**

No third parties have ever brought fraud allegations against Plaintiff in any proceedings.


GRAHAM LAW FIRM, LLP

Dated: January 11, 2021

By:s/Monica Graham
Monica Graham
Attorney for Plaintiff
Vachagan Stephen

- 7 -

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

**VERIFICATION**

I, Vachagan Stephen, am a plaintiff in the action and I believe, upon personal knowledge, that the foregoing answers are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct. Executed this 11th day of January, 2021 in Glendale, California.

_____
Vachagan Stephen

- 8 -

PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES TO PLAINTIFF (SET ONE)

Exhibit 2

Complaint

FILED
CLERK, U.S. DISTRICT COURT

JUN 24 2020

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

PAID

JUN 24 2020

Clerk, US District Court
COURT 461

Talin Stephen
Vachagan Stephen
1616 Glenmont Drive
Glendale, CA 91207
Tel. 818-641-8880
talinstephen@yahoo.com

Plaintiff Pro Se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TALIN STEPHEN, VACHAGAN STEPHEN,

       Plaintiff,

vs.

RITE AID CORPORATION, and
Does 1-10, inclusive,
       Defendants.

) CASE NO. **LACV20-05601-MWF-PDx**
)
)
)
) **COMPLAINT FOR DAMAGES FOR**
) **VIOLATION OF THE TELEPHONE**
) **CONSUMER PROTECTION ACT**
)
) **JURY TRIAL DEMANDED**
)
)

Plaintiffs Talin Stephen and Vachagan Stephen (hereafter "Plaintiffs") bring

the following complaint against Rite Aid Corporation (hereafter "Defendant") and

allege as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the

Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA").

- 1 -

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

2. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3) and 28 U.S.C. §1331.

3. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district and/or where Defendant transacts business in this district.

## PARTIES

4. Plaintiffs are adult individuals residing in Glendale California, and each is a "person" as defined by 47 U.S.C. §153(39).

5. Defendant is a business entity located in Glendale, and is a "person" as the term is defined by 47 U.S.C. §153(39).

## FACTUAL ALLEGATIONS

6. At all times mentioned herein where Defendant communicated with any person via telephone, such communication was done via Defendant's agent, representative or employee.

7. At all times mentioned herein, Plaintiffs utilized a cellular telephone service which was assigned the following telephone number: 818-641-8880 (hereafter "Number").

8. Defendant placed more than 150 calls to Plaintiffs' Number for the purpose of conveying medical information to Maria _____ (hereafter "Patient M").

9. The aforementioned calls were placed using an automatic telephone

---

- 2 -

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

1   dialing system ("ATDS") and/or by using an artificial or prerecorded voice

2   ("Robocalls").

3       10.  When Plaintiff Vachagan Stephen answered the calls from Defendant,

4

5   he was met with a Robocall informing Maria _____ that the prescription..." *See*

6   Exhibit 1 attached for the complete message.

7       11.  Defendant placed additional messages with Plaintiffs via robocalls

8

9   which state "At 12739 Van Nuys Blvd. calling to remind one or members of this

10  household that your order is ready you can pick up your order ..." *See* Exhibit 2

11
    attached for the complete message.
12

13      12.  On or about December, 2018, Plaintiffs contacted Rite Aid in Glendale

14  and demanded that all automated calls to their Number stop.

15      13.  Defendant's representative acknowledged Plaintiffs' request.

16

17      14.  Despite Plaintiffs' unequivocal request that Defendant cease calling his

18  Number, Defendant's automated calls continued at an excessive and harassing

19
    rate.
20

21      15.  On or around July, 2019, Plaintiffs contacted Rite Aid and demanded

22  that all automated calls to their Number stop and the branch manager assured

23
    Plaintiffs that they would stop.
24

25      16.  Despite Plaintiffs' second and unequivocal request that Defendant cease

26  calling the Number, Defendant's automated calls continued at an excessive and

27
    harassing rate which directly interfered with Plaintiffs' right to peacefully enjoy a
28

---

- 3 -

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

service that Plaintiffs paid for and caused Plaintiffs a significant amount of anxiety frustration and annoyance.

## COUNT I
### VIOLATIONS OF THE TELEPHONE
### CONSUMER PROTECTION ACT - 47 U.S.C. §227
### BY DEFENDANT RITE AID CORPORATION AND DOES 1-10

17.     Plaintiffs incorporate by reference all of the above paragraphs of this complaint as though fully stated herein.

18.     The TCPA prohibits Defendant from using, other than for emergency purposes, an ATDS and/or Robocalls when calling Plaintiffs' Number absent Plaintiffs' prior express consent to do so.  *See* 47 U.S.C. §227(b)(1).

19.     Defendant's telephone system has the earmark of using an ATDS and/or using Robocalls in that Plaintiffs, upon answering calls from Defendant, heard a Robocall stating that Patient M's (or a member of the household) prescription was ready to be picked up or refilled.

20.     Defendant called Plaintiffs' Number using an ATDS and/or Robocalls without Plaintiffs' consent in that Defendant either never had Plaintiffs' prior express consent to do so or such consent was effectively revoked when Plaintiffs requested that Defendant cease all further calls.

21.     Defendant continued to willfully call Plaintiffs' Number using an ATDS and/or Robocalls knowing that it lacked the requisite consent to do so in violation of the TCPA.

- 4 -
**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

21. The TCPA creates a private right of action against persons who violate the Act. *See* 47 U.S.C. §227(b)(3).

22. As a result of each call made in violation of the TCPA, Plaintiffs are entitled to an award of $500.00 in statutory damages.

23. As a result of each call made knowingly and/or willingly in violation of the TCPA, Plaintiffs may be entitled to an award of treble damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendant for:

a. Statutory damages of $500.00 for each call determined to be in violation of the TCPA pursuant to 47 U.S.C. §227(b)(3);

b. Treble damages for each violation determined to be willful and/or knowing under the TCPA pursuant to 47 U.S.C. §227(b)(3);

c. Such other and further relief as may be just and proper.

### **JURY TRIAL DEMANDED ON ALL COUNTS**

DATED: June 9, 2020

_____
Vachagan Stephen, Plaintiff Pro Se

_____
Talin Stephen, Plaintiff Pro Se

- 5 -

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

● **(800) 748-3243**

phone

September 29, 2019 at 11:36 AM

Transcription Beta

"Pharmacy at your earliest _____
is your Rite aid pharmacy calling t
inform Maria _____ that the prescri
you recently requested to be filled
medication that begins with oh AM
been completed and is ready for y
pick _____ _____ pharmacy a
earliest convenience thank you
goodbye..."

Was this transcription **useful** or **not use**



▶ 0:00

**Speaker**          **Call Back**

● **(800) 748-3243**          9/2
phone

EXHIBIT 1

📶 AT&T Wi-Fi 🛜                7:00 PM                      ✴ 48% 🔋

Greeting        **Voicemail**              Edit

## (818) 890-1206
phone
June 27, 2019 at 2:47 PM

Transcription Beta

"At 12739 Van Nuys Blvd. calling to remind one or more members of this household that your order is ready you can pick up your order until July 7 thank you for choosing Rite Aid and have a nice day if you no longer want to be notified about your prescriptions please contact you _ ride ____ pharmacist at the store this message will be repeated hello this is your Rite aid store located at 127399's Boulevard calling to remind one or more members of this household that your order is ready you can pick up your order until July 7 thank you for choosing Rite aid and have a nice day if you no longer want to be notified about your prescriptions please contact you _____ a pharmacist at the store this

● **(800) 748-3243**              6/26/19
phone                              0:21

EXHIBIT 2

Exhibit 3

Incident Reports

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

Incident Details                                                                                              Page 1

| | |
|---|---|
| **Report Title:** | incident Details |
| **Run Date and Time:** | 2021-08-20 07:15:08 Eastern Daylight Time |
| **Run by:** | Jason A Roscoe |
| **Table name:** | incident |

## Incident

| | | | |
|---|---|---|---|
| Number: | INC1566465 | Opened: | 2019-07-17 16:59:32 |
| Caller: | Hayk Harutyunyan | Opened by: | Hayk Harutyunyan |
| Location: | Rite Aid 05549 | Contact type: | Self-service |
| Category: | Rite Aid Hub | State: | Closed |
| Subcategory: | Patient Calls to Make | Sub-Status: | |
| Issue: | | Issue Escalated: | false |
| Configuration item: | | Assignment group: | Pharmacy Technology & Ops Support |
| Impact: | 2 - Medium | Assigned to: | Shawna Mitchell |
| Urgency: | 2 - Medium | On-Call contacted: | |
| Priority: | 3 - Moderate | FYI: | false |
| | | FYI User(s): | |

Location Special Conditions:

Short description:

customer complains that he gets phone calls for someone else

Description:

customer walked in and complains that he gets notifications and phone calls for someone name maria that he does not know of. he wants this phone number to be removed from the system 818-641-8880

Attached KB Article:

## Notes

| | |
|---|---|
| Watch list: | Work notes list: |

Additional comments:

2019-07-19 08:28:53 - Shawna Mitchell (Additional comments)

o    As a reminder, all pharmacy associates have access to the Rx Patient  Communications application found in Pharmacy Services on the Store Portal. This application can be used to assist in finding to whom the phone number/email for Rx Messaging is attached.

o    The Rx Patient Communication allows for search by Patient and Phone #

o    Communication Method- Phone or Text

Work notes:

Actions taken:

## Related Records

| | | |
|---|---|---|
| Problem: | | Caused by Change: |
| Parent Incident: | | Change Request: |
| | | Related Chat: |
| | | Attached KB Article: |

Incident Details

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor: | | hughes_case_id: | |
| Crosscom PO: | | hughes_status: | |
| CrossCom Resolution: | | hughes_updated: | |
| Canon Serial Number: | | Vendor Ticket Number: | |
| Advanced Exchange: | false | Vendor ETA: | |
| Dispatch FTS: | false | Affected phone line: | |
| Disaster Recovery: | false | Store contact number: | 1234567890 |
| | | Vendor Status: | Updated |

## Closure Information

| | | | |
|---|---|---|---|
| Close code: | Solved | Closed by: | Shawna Mitchell |
| Resolution Code: | Procedural | Closed: | 2019-07-23 09:00:20 |
| Close notes: | | | |

## Major Incident

| | | | |
|---|---|---|---|
| Major incident state: | | Promoted on: | |
| Proposed By: | | Promoted by: | |
| Actual start: | | Child Incidents: | 0 |
| Actual end: | | Affected Companies: | |
| Business impact: | | | |
| Probable cause: | | | |

## Everbridge

| | | | |
|---|---|---|---|
| Everbridge state: | Closed | Group to notify: | |
| Everbridge incident: | | Individual to notify: | |
| Conference bridge: | | Send business notification: | false |
| | | Business group: | |
| | | Business notification: | |
| | | Send executive notification: | false |
| | | Executive group: | |
| | | Executive notification: | |

| | |
|---|---|
| **Related List Title:** | Task SLA List |
| **Table name:** | task_sla |
| **Query Condition:** | Task = INC1566465 |
| **Sort Order:** | None |

1 Task SLAs

**Run By : Jason A Roscoe**

**2021-08-20 07:15:08 Eastern Daylight Time**

RITEAID000274

| SLA definition | Type | Stage | Has breached | Start time | Stop time | Actual elapsed time | Actual elapsed percentage |
|---|---|---|---|---|---|---|---|
| Resolution - FE - P3 (24 hr, reg locn) | SLA | Completed | false | 2019-07-17 16:59:32 | 2019-07-23 09:00:20 | 1 Day 15 Hours 29 Minutes | 90.83 |

| | | | |
|---|---|---|---|
| **Report Title:** | incident Details | | |
| **Run Date and Time:** | 2021-08-16 14:16:32 Eastern Daylight Time | | |
| **Run by:** | Jason A Roscoe | | |
| **Table name:** | incident | | |

## Incident

| | | | |
|---|---|---|---|
| Number: | INC2308275 | Opened: | 2021-06-29 18:59:32 |
| Caller: | Hayk Harutyunyan | Opened by: | Hayk Harutyunyan |
| Location: | Rite Aid 05549 | Contact type: | Self-service |
| Category: | NexGen | State: | Closed |
| Subcategory: | Customer Profile | Sub-Status: | |
| Issue: | Document needs removed from customer profile | Issue Escalated: | false |
| | | Assignment group: | HCL-Field Systems Support Tier 2 |
| Configuration item: | NexGen | Assigned to: | Siva Tejaswi Annangi |
| Impact: | 3 - Low | On-Call contacted: | |
| Urgency: | 2 - Medium | FYI: | false |
| Priority: | 4 - Low | FYI User(s): | |

Location Special Conditions:

Short description:

This person gets rx notification for someone else that he does not know (Maria) at his phone number 818-641-8880. He has contacted riteaid before

Description:

This person gets rx notification for someone else that he does not know (Maria) at his phone number 818-641-8880. He has contacted riteaid before but he still gets rx notification for someone name Maria that he does not know. He wants his phone number to be removed from the system. He gets many rx notifications and they said he is suing riteaid for this. You can contact this person too. His name is Vachagan. please contact him and resolve this issue so he does not get any rx notification for someone else. 818-641-8880

Attached KB Article:

2021-07-05 17:25:41 - Siva Tejaswi Annangi (Attached KB Article)

[code]<a title='Customer is not receiving emails, phone calls or text messages from Rx Messaging' href='kb_view.do?sys_kb_id=1294db081b4038d0a05154a3604bcb24' >KB0011130 : Customer is not receiving emails, phone calls or text messages from Rx Messaging</a>[/code]

## Notes

| | |
|---|---|
| Watch list: | Work notes list: |

Additional comments:

2021-07-05 17:26:36 - Siva Tejaswi Annangi (Additional comments)
User confirmed that there is no issues
issue resolved

Work notes:

**2021-07-05 17:26:20 - Siva Tejaswi Annangi (Work notes)**
Called the store
S/W Borris
Confirmed the issue
User confirmed that there is no issues
issue resolved

Actions taken:

## Related Records

| Problem: | | Caused by Change: | |
|---|---|---|---|
| Parent Incident: | | Change Request: | |
| | | Related Chat: | |
| | | Attached KB Article: | 2021-07-05 17:25:41 - Siva Tejaswi Annangi (Attached KB Article) [code]<a title='Customer is not receiving emails, phone calls or text messages from Rx Messaging' href='kb_view.do?sys_kb_id=1294db0 81b4038d0a05154a3604bcb24' >KB0011130 : Customer is not receiving emails, phone calls or text messages from Rx Messaging</a>[/code] |

## Vendor Details

| Vendor: | | hughes_case_id: | |
|---|---|---|---|
| Crosscom PO: | | hughes_status: | |
| CrossCom Resolution: | | hughes_updated: | |
| Canon Serial Number: | | Vendor Ticket Number: | |
| Advanced Exchange: | false | Vendor ETA: | |
| Dispatch FTS: | false | Affected phone line: | |
| Disaster Recovery: | false | Store contact number: | 1234567890 |
| | | Vendor Status: | Updated |

## Closure Information

| Close code: | Solved | Closed by: | Siva Tejaswi Annangi |
|---|---|---|---|
| Resolution Code: | Procedural | Closed: | 2021-07-09 18:00:06 |
| Close notes: | | | |

## Major Incident

| Major incident state: | | Promoted on: | |
|---|---|---|---|
| Proposed By: | | Promoted by: | |
| Actual start: | | Child Incidents: | 0 |
| Actual end: | | Affected Companies: | |

| Business impact: | |
| Probable cause: | |

## Everbridge

| Everbridge state: | Closed | Group to notify: | |
| Everbridge incident: | | Individual to notify: | |
| Conference bridge: | | Send business notification: | false |
| | | Business group: | |
| | | Business notification: | |
| | | Send executive notification: | false |
| | | Executive group: | |
| | | Executive notification: | |

| **Related List Title:** | Task SLA List |
| **Table name:** | task_sla |
| **Query Condition:** | Task = INC2308275 |
| **Sort Order:** | None |

3 Task SLAs

| SLA definition | Type | Stage | Has breached | Start time | Stop time | Actual elapsed time | Actual elapsed percentage |
|---|---|---|---|---|---|---|---|
| Field Systems Tier 3 Response Measure | OLA | Completed | false | 2021-06-29 19:01:14 | 2021-06-29 19:10:16 | 9 Minutes | 0.06 |
| Response - RX - P4 (4 hr, reg locn) | SLA | Completed | true | 2021-06-29 18:59:32 | 2021-07-05 17:26:36 | 5 Days 22 Hours 27 Minutes | 3,561.28 |
| Resolution - RX - P4 (48 hr, reg locn) | SLA | Completed | false | 2021-06-29 18:59:32 | 2021-07-09 18:00:06 | 5 Days 22 Hours 27 Minutes | 98.92 |

| **Related List Title:** | CIs Affected List |
| **Table name:** | task_ci |
| **Query Condition:** | Task = INC2308275 |
| **Sort Order:** | None |

1 CIs Affected

| Configuration Item |
|---|
| NexGen |

Exhibit 4

Letter to Hayk VS-001



Document Ref: EC29H-BUSUQ-KGTDR-HATBB

Exhibit 5

Defendant's Response to Plaintiff's
Request for Admissions,
RITEAID000003-4

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
LISA YUN PRUITT, Cal. Bar No. 280812
  lpruitt@sheppardmullin.com
SIEUN J. LEE, Cal. Bar No. 311358
  slee@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendant
RITE AID HDQTRS. CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TALIN STEPHEN and VACHAGAN STEPHEN,<br><br>        Plaintiffs,<br><br>      v.<br><br>RITE AID CORPORATION, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-05601-MWF-PD<br><br>**DEFENDANT RITE AID HDQTRS, CORP.'S RESPONSE TO PLAINTIFF VACHAGAN STEPHEN'S REQUEST FOR ADMISSIONS (SET TWO)**<br><br>The Hon. Michael W. Fitzgerald<br>Courtroom 5A<br><br>Magistrate Judge Patricia Donahue<br>Courtroom 580, 5th Floor |

PROPOUNDING PARTY:  PLAINTIFF VACHAGAN STEPHEN

RESPONDING PARTY:    DEFENDANT RITE AID HDQTRS CORP.

SET NO.:              ONE

    By providing information in response to a request, Defendant Rite Aid Hdqtrs. Corp. ("Rite Aid") does not waive any objection it may have to the request.

## **GENERAL OBJECTIONS**

    The following general objections apply to all requests, definitions, and instructions, regardless of whether specific objections are also made.

Case No. 2:20-cv-05601-MWF-PD

Document Ref: EC29H-BUSUQ-KGTDR-HATBB

1    1)    Rite Aid objects to each request to the extent it imposes requirements beyond or inconsistent with the requirements of the Federal Rules of Civil Procedure, or any other applicable statute, rule, or court order.

2)    Rite Aid objects to each request to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or protection.  Rite Aid's response to each and every request should be construed as limited by each such privilege unless specifically stated otherwise.

3)    Rite Aid objects to each request to the extent it seeks information protected by the right to privacy.

4)    Rite Aid objects to each request to the extent it seeks private health information of Rite Aid patients protected by Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 42 U.S.C. § 1320d, without a qualified protective order or notice to Rite Aid's patients required by 45 C.F.R. 164.512(e)(1), and without the redaction of personally identifiable information required by 45 C.F.R. 164.514(b).

5)    Rite Aid objects to each request to the extent it seeks information containing information concerning confidential, proprietary, and/or trade secret information.

6)    Rite Aid objects to each request to the extent it exceeds the permissible scope of discovery in that it seeks information that are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

7)    Rite Aid objects to each request to the extent it seeks information equally available to the propounding party.

8)    Rite Aid objects to each request to the extent it is overly broad, unduly burdensome, or oppressive.

-2-

SMRH:4825-8160-7131.1

Case No. 2:20-cv-05601-MWF-PD
DEFENDANT RITE AID HDQTRS, CORP.'S RESPONSE TO PLAINTIFF
VACHAGAN STEPHEN'S REQUEST FOR ADMISSIONS (SET TWO)

Document Ref: EC29H-BUSUQ-KGTDR-HATBB