1  GRAHAM LAW FIRM
   Monica Graham, Esq. (SBN 332241)
2  3857 Birch St PMB 3097
   Newport Beach, CA 92660
3  Telephone: (949) 284-6870 (951) 316-3298
   Email: monica@grahamlawfirm-ca.com
4
   Attorneys for Plaintiff
5  VACHAGAN STEPHEN

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7    Including Professional Corporations
   SHANNON Z. PETERSEN, Cal. Bar No. 211426
8    spetersen@sheppardmullin.com
   LISA YUN PRUITT, Cal. Bar No. 280812
9    lpruitt@sheppardmullin.com
   SIEUN J. LEE, Cal. Bar No. 311358
10   slee@sheppardmullin.com
   12275 El Camino Real, Suite 100
11 San Diego, California  92130-4092
   Telephone:  858.720.8900
12 Facsimile:   858.509.3691

13 Attorneys for Defendant
   RITE AID HDQTRS. CORP.
14

15              UNITED STATES DISTRICT COURT

16        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

17

| | |
|---|---|
| 18  VACHAGAN STEPHEN, | Case No. 2:20-cv-05601-MWF-PD |
| 19          Plaintiff, | **NOTICE OF SETTLEMENT** |
| 20       v. | Complaint filed:  June 24, 2020 |
| 21  RITE AID HDQTRS. CORP. and DOES 1-10, inclusive, | SAC filed:  August 17, 2020 |
| 22          Defendants. | |

**TO THE COURT:**

Plaintiff Vachagan Stephen and Defendant Rite Aid Hdqtrs. Corp. jointly notify the Court that the Parties have reached a settlement in this action. The Parties have agreed to a formal written settlement agreement, which has been circulated for execution. The Parties expect to have the settlement agreement fully executed by September 14, 2021. The Parties further expect that Plaintiff shall file a dismissal of this action with prejudice by early October of 2021. In light of this settlement, the Parties respectfully request that the Court vacate all pending hearings, conferences, and pre-trial and trial dates and deadlines.

Dated: September 8, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ Shannon Z. Petersen
SHANNON Z. PETERSEN
LISA YUN PRUITT
SIEUN J. LEE

Attorneys for Defendant
RITE AID HDOTRS. CORP.

Dated: September 8, 2021

GRAHAM LAW FIRM

By   /s/ Monica Graham
MONICA GRAHAM

Attorneys for Plaintiff
VACHAGAN STEPHEN

## SIGNATURE CERTIFICATION

I, Shannon Z. Petersen, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 8, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Shannon Z. Petersen*
SHANNON Z. PETERSEN
LISA YUN PRUITT
SIEUN J. LEE

Attorneys for Defendant
RITE AID HDQTRS. CORP.
