GRAHAM LAW FIRM
Monica Graham, Esq. (SBN 332241)
3857 Birch St PMB 3097
Newport Beach, CA 92660
Telephone: (949) 284-6870 (951) 316-3298
Email: monica@grahamlawfirm-ca.com

Attorneys for Plaintiff
VACHAGAN STEPHEN

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
LISA YUN PRUITT, Cal. Bar No. 280812
  lpruitt@sheppardmullin.com
SIEUN J. LEE, Cal. Bar No. 311358
  slee@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California  92130-4092
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for Defendant
RITE AID HDQTRS. CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VACHAGAN STEPHEN,<br><br>             Plaintiff,<br><br>      v.<br><br>RITE AID HDQTRS. CORP. and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-05601-MWF-PD<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: June 24, 2020<br>SAC filed: August 17, 2020 |

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure
2  Section 41(a), Plaintiff Vachagan Stephen and Defendant Rite Aid Hdqtrs. Corp., by
3  and through their attorneys, hereby stipulate that the above-captioned action be
4  dismissed with prejudice, with each party to bear his or its own costs, expenses, and
5  attorneys' fees.

Dated: October 22, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Shannon Z. Petersen*
SHANNON Z. PETERSEN
LISA YUN PRUITT
SIEUN J. LEE

Attorneys for Defendant
RITE AID HDOTRS. CORP.

Dated: October 22, 2021

GRAHAM LAW FIRM

By   */s/ Monica Graham*
MONICA GRAHAM

Attorneys for Plaintiff
VACHAGAN STEPHEN

## SIGNATURE CERTIFICATION

I, Shannon Z. Petersen, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 22, 2021

                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By    */s/ Shannon Z. Petersen*
                              SHANNON Z. PETERSEN
                              LISA YUN PRUITT
                              SIEUN J. LEE

                              Attorneys for Defendant
                              RITE AID HDQTRS. CORP.