**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VACHAGAN STEPHEN,<br><br>   Plaintiff,<br><br>v.<br><br>RITE AID HDQTRS. CORP. and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:20-cv-05601-MWF-PD<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: June 24, 2020<br>SAC filed: August 17, 2020 |

Plaintiff Vachagan Stephen and Defendant Rite Aid Hdqtrs. Corp. filed a Joint Stipulation to Dismiss the Entire Action with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Pursuant to the stipulation by the Parties and good cause appearing therefore, the Court dismisses this action with prejudice, with each party to bear his or its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 22, 2021

MICHAEL W. FITZGERALD
United States District Judge